IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN GARNICA,

      Petitioner,               No. CIV S-10-1724 EFB P

  vs.

J. HARTLEY,

      Respondent.        ORDER

                           /

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

      Petitioner challenges a conviction in Kings County and so this action should have been commenced in the district court in Fresno. E.D. Cal. Local Rule 120(d).

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* E.D. Cal. Local Rule 120(f).

      2. The Clerk of Court shall assign a new case number.

////

////

////

1     3. All future filings shall bear the new case number and shall be filed at:

           United States District Court
           Eastern District of California
           2500 Tulare Street
           Fresno, CA 93721

DATED: July 19, 2010.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE